## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Jimmy Tavares

                Plaintiff,

v.                                      Case No.: 1:24−cv−10146
                                      Honorable Franklin U.
                                      Valderrama

HAH Group Holding Company, LLC d/b/a
Help at Home

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 21, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Defendant HAH Group Holding Company, LLC d/b/a Help at Home's motion to stay response deadline pending consolidation [8]. The Court stays Defendant's response deadline pending resolution of the motion to consolidate this action with three others, filed in the lowest−numbered case, 24−cv−7595. If this case has not been consolidated by 12/16/2024, the Court directs the parties to file a status report regarding the status of the motion to consolidate in 24−cv−7595 on that date. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.